[No. 3602.]
## ORMAN & CROOK v. NELSON ET AL.

OPINION FOLLOWED.
This case is reversed on the opinion in the case of *Orman & Crook v. Ryan Bros.*, ante, p. 383.

*Appeal from the District Court of Pueblo County.*

Messrs. WALDRON & DEVINE, for appellants.

Mr. JOHN R. DIXON and Messrs. PATTERSON, RICHARDSON & HAWKINS, for appellees.

MR. JUSTICE GODDARD delivered the opinion of the court.

The questions presented by the record in this case are the same as those considered and determined in the preceding case of *Orman & Crook v. Ryan Bros.*, ante, p. 383.

For the reasons given in the opinion filed therein, the judgment is reversed and the cause remanded.

*Reversed and remanded.*

CHIEF JUSTICE HAYT dissents.

ON REHEARING.

PER CURIAM. The questions involved on this rehearing are the same, in principle, as those decided upon rehearing in the case of *Orman et al. v. Ryan et al., ante,* p. 383. The decision in that case is decisive of this, and it follows that our original opinion should be adhered to, and it is so ordered.